1 | Nicholas W. Sarris, Bar No. 242011
  | nsarris@jmllaw.com
2 | Brooke C. Bellah, Bar No. 307398
  | brooke@jmllaw.com
3 | JML LAW
  | A Professional Law Corporation
4 | 5855 Topanga Canyon Blvd., Suite 300
  | Woodland Hills, CA  91367
5 | Telephone:  818.610.8800
  | Fax No.:    818.610.3030

Attorneys for Plaintiff SHANIL SHANKAR

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Rebecca R. Schach, Bar No. 306004
rschach@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, California  95814
Telephone:  916.830.7200
Fax No.:    916.561.0828

Attorneys for Defendant
CENTENE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIL SHANKAR, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTENE CORPORATION, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>  Defendant. | Case No.  2:21-cv-01224-KJM-CKD<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND ORDER THEREON**<br><br>Trial Date:         None Set<br>Complaint Filed:   June 4, 2021 |

# **STIPULATION**

Plaintiff SHANIL SHANKAR ("Plaintiff") and Defendant CENTENE CORPORATION ("Defendant") (collectively, the "Parties") through counsel, have met and conferred and hereby stipulate as follows:

WHEREAS, on August 18, 2022, by stipulation of the Parties, the Court ordered the fact discovery cut-off date in this matter be continued to February 11, 2023.

WHEREAS, on August 18, 2022, by stipulation of the Parties, the Court ordered the deadline to exchange expert disclosures in this matter be continued to March 29, 2023.

WHEREAS, on August 18, 2022, by stipulation of the Parties, the Court ordered that the deadline to submit rebuttal expert disclosures be continued to April 26, 2023.

WHEREAS, on August 18, 2022, by stipulation of the Parties, the Court ordered the expert discovery cut-off deadline be continued to May 17, 2023.

WHEREAS, after the court ordered the above continuances, the handling attorney at defense counsel's law firm left and is no longer assigned to this case.

WHEREAS, the change in counsel has caused some delay in the litigation of this matter; however, the Parties have been actively engaging in the discovery process by exchanging written discovery and are currently meeting and conferring regarding supplemental responses to the same and have been meeting and conferring regarding taking depositions in this matter;

WHEREAS, following meet and confer efforts, the Parties have agreed that additional time is needed to complete necessary discovery;

WHEREAS, the current discovery deadline necessitates that Plaintiff file motions to compel so as to not waive their rights, and an extension of the current deadline will help avoid unnecessary discovery motions.

WHEREAS, the parties have been engaging in settlement negotiations, and an extension of the current discovery deadline may assist the parties in resolving this matter before trial, thereby advancing the interests of judicial economy.

WHEREAS, the Parties have stipulated to continue the current discovery cut-off by 90 days, making the new fact discovery cut-off date May 12, 2023 or as soon thereafter as the Court deems necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record and subject to the Court's approval, as follows:

1. The fact discovery cut-off deadline of February 11, 2023 is hereby continued to May 12, 2023.

2. The deadline to exchange expert disclosures is hereby continued to June 9, 2023.

3. The deadline to submit rebuttal expert disclosures is hereby continued to July 7, 2023.

4. The expert discovery cut-off deadline is hereby continued to July 28, 2023.

**IT IS SO STIPULATED.**

Dated: February _6_, 2023        JML LAW, A Professional Corporation

/s/ Brooke C. Bellah
NICHOLAS W. SARRIA
BROOKE C. BELLAH

Attorneys for Plaintiff
SHANIL SHANKAR

| | | |
|---|---|---|
| 1 | Dated:  February_6_, 2023 | LITTLER MENDELSON P.C. |
| 2 | | |
| 3 | | /s/ Rebecca Schack |
| 4 | | BARBARA A. BLACKBURN<br>REBECCA SCHACK |
| 5 | | Attorneys for Defendant |
| 6 | | CENTENE CORPORATION |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the parties' stipulation, and good cause appearing, the court orders the following:

1. The fact discovery cut-off deadline of February 11, 2023 is hereby continued to May 12, 2023.
2. The deadline to exchange expert disclosures is hereby continued to June 9, 2023.
3. The deadline to submit rebuttal expert disclosures is hereby continued to July 7, 2023.
4. The expert discovery cut-off deadline is hereby continued to July 28, 2023.

In light of the above, the dispositive motion hearing cut-off deadline is hereby continued to September 1, 2023.

**IT IS SO ORDERED.**

DATED: February 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE