**JML LAW, APLC**
NICHOLAS W. SARRIS, STATE BAR NO. 242011
TANNAZ GHAYADI, STATE BAR NO. 346353
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile:  (818) 610-3030

Attorneys for Plaintiff
SHANIL SHANKAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIL SHANKAR, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTENE CORPORATION, a Delaware Corporation; and DOES 1-25 inclusive,<br><br>　　　　Defendants. | Case No.<br>2:21-cv-01224-DJC-CKD<br><br>[Sacramento Superior Court Case No. 34-2021-00301978]<br><br>**ORDER DISMISSING CASE**<br><br>Complaint Filed June 4, 2021 in Sacramento Superior Court |

## ORDER

The Parties having stipulated, IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice. The Clerk shall close the file.

Dated: July 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING CASE